UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IAN MICHAEL JAMIESON** and
**DEIDRA JANEE WILLS,**

      **Plaintiffs,**

v.                                               Case No. 6:24-cv-765-CEM-RMN

**CHAD K. ALVARO** and
**CHRISTINE E. ARENDAS,**

      **Defendants.**
_____/

**ORDER**

    THIS CAUSE is before the Court upon *sua sponte* review. The United States Magistrate Judge issued a Report and Recommendation (Doc. 19), recommending that the Court dismiss Plaintiffs' claims for failure to prosecute under Middle District of Florida Local Rule 3.10, (*id.* at 2).

    After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 19) is **ADOPTED** and made a part of this Order.

2. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

3. All remaining motions are **DENIED as moot**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 29, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties